UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| SCOMA CHIROPRACTIC, P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: 2:20-cv-00063 |
| v. | ) ) | |
| TIVITY HEALTH, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, SCOMA CHIROPRACTIC, P.A., hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. Plaintiff anticipates filing a Notice of Voluntary Dismissal with Prejudice once the settlement has been finalized, within the next sixty days.

        Respectfully submitted,

        SCOMA CHIROPRACTIC, P.A., individually and as the representative of a class of similarly-situated persons

        s/ Ryan M. Kelly
        Ryan M. Kelly – FL Bar No.: 90110
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 500
        Rolling Meadows, IL  60008
        Telephone: 847-368-1500
        rkelly@andersonwanca.com
        Email: rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                     /s/ Ryan M. Kelly